IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOHN STRONG,

    Plaintiff,

vs.                                    No. 1:21-cv-00418-KWR-LF

SCOUT SECURITY, INC., SCOUT
SECURITY LIMITED, DANIEL
ROBERTS, DAVE SHAPIRO,
ANTHONY BROWN, and SOL
MAJTELES,

    Defendants.

## ORDER DISMISSING PLAINTIFF'S COMPLAINT

**THIS MATTER** comes before the Court on Plaintiff John Strong's Motion to Dismiss Without Prejudice (**Doc. 36**), filed February 25, 2022. Plaintiff filed suit against Defendants based on alleged misrepresentations regarding a stock transaction. **Doc. 1-1, Ex. A**. This Court previously granted Defendants' Motion to Dismiss (**Doc. 18**) because Plaintiff failed to show personal jurisdiction, specific or general, over any Defendant. **Doc. 35**. The Court also granted Plaintiff leave to amend his Complaint. Plaintiff now moves for an order to dismiss the Complaint "so that Plaintiff may refile in Illinois to remedy the alleged jurisdictional issues." *See* **Doc. 36, at 1**. Plaintiff's motion is unopposed. Thus, the Court will **DISMISS** this action **WITHOUT PREJUDICE** for failure to establish personal jurisdiction over Defendants.

**IT THEREFORE IS ORDERED** that Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**, and the Court will enter a separate judgment closing this civil case.

**IT IS SO ORDERED.**

2

_____
**KEA W. RIGGS**
**UNITED STATES DISTRICT JUDGE**